## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| Ev-12 | E 1611713 | Lewis | 122 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1032  09-12-2022 | 46.2-1157 USC |

Place of Offense: Gunston rd / 12th street

Offense Description: Factual Basis for Charge        HAZMAT ☐

Failing to display valid inspection sticker

### DEFENDANT INFORMATION

Last Name: Brown    First: Aaron    M.I.: S.

Street Address: ███████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UGF 4804 | VA | 19 | Ford | | white |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 75  Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   $ 105  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court  401 courthouse square  Alexandria VA, 22314

Date: 11-21-2022   Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1611713*

CVB SCAN 09/27/2022 14:40

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2 Sept, 2022 while exercising my duties as a law enforcement officer in the eastern District of Virginia

On 12 September 2022 at 1022 hours I observed a white in color Ford displaying Virginia state license plates and with a legally expired state of August 2021. I initiated a traffic stop on 12th street. I made contact with the driver and asked him if he had proof of a state inspection and replied no.

The foregoing statement is based upon:

my personal observation          my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 09/27/2022 14:40